IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLAS MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BURROW, an individual,<br><br>Defendant. | Case No. 1:23-cv-00042-DCN<br><br>**JUDGMENT** |

In accordance with the Court's order entered concurrently herewith, judgment is hereby entered, and this case is closed.

DATED: June 18, 2024

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1